IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| VIRGINIA ROSS, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 06-990-JE |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

JONES, Judge:

Magistrate Judge John Jelderks filed Findings and Recommendation (#10) on August 2, 2007, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (#10) dated August 1, 2007, in its entirety. The Commissioner's decision denying plaintiff's applications for an award of benefits is affirmed, and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 13th day of September, 2007.

                                          ROBERT E. JONES
                                          United States District Judge

2 - ORDER